■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD D. KINARD, Appellant. [887 NYS2d 916]—Appeal from a judgment of the Monroe County Court (Elma A. Bellini, J.), rendered April 6, 2006. The judgment convicted defendant, upon a jury verdict, of criminal contempt in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: On appeal from a judgment convicting him upon a jury verdict of criminal contempt in the first degree (Penal Law § 215.51 [c]), defendant contends that County Court erred in denying his request to proceed pro se. We reject that contention, inasmuch as the record establishes that defendant's request was not unequivocal (*see People v Bolden*, 12 AD3d 1073 [2004], *lv denied* 4 NY3d 761 [2005]; *see generally People v McIntyre*, 36 NY2d 10, 17 [1974]). We further reject the contention of defendant that he was denied effective assistance of counsel (*see generally People v Baldi*, 54 NY2d 137, 147 [1981]). Present—Scudder, P.J., Martoche, Peradotto, Carni and Gorski, JJ.